FILED: December 12, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4099
(5:11-cr-00279-FL-1)
_____

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

ANTONIO RASHAAD DOVINE,

    Defendant – Appellant.

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to proceed pro se and for other relief, the court construes the motion as a motion for extension of the briefing schedule and for access to trial court transcripts and grants the motion, as construed. The time for filing the opening brief is extended until February 10, 2014.

Counsel may provide appellant with relevant transcripts to assist in the prosecution of the appeal and seek reimbursement under the Criminal Justice Act.

Counsel may be reimbursed in an amount of up to $.15 per page, not to exceed $75.00. If the total would exceed $75.00, advance approval must be sought from the court. The transcripts should be provided expeditiously.

To the extent counsel and appellant disagree on what issues should be raised on appeal, appellant may file a motion for leave to file a pro se supplemental brief, accompanied by the proposed pro se supplemental brief.

> For the Court--By Direction
>
> /s/ Patricia S. Connor, Clerk